```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :    CRIMINAL ACTION
                                 :    NO. 05-98
     v.                          :
                                 :
GREGORY H. LADNER                :
```

### O R D E R

**AND NOW,** this **9th** day of **March, 2012,** for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) The Government's Motion to Dismiss (ECF No. 71) is **GRANTED**;

(2) The Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 65) is **DENIED** and **DISMISSED with prejudice;**

(3) A Certificate of Appealability will not issue; and

(4) Counsel for the Government shall contact the U.S. Probation Office to determine Petitioner's current address and serve a copy of this Order and the accompanying Memorandum by Certified Mail on Petitioner at that address.

**AND IT IS SO ORDERED.**

```
                         s/Eduardo C. Robreno
                         EDUARDO C. ROBRENO, J.
```